UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-81-01-JL

<u>Darren Barboza</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 21 ) filed by defendant is granted; Final Pretrial is rescheduled to November 19, 2010 at 3:00pm; Trial is continued to the two-week period beginning December 1, 2010, 9:30am.  Counsel are advised -- especially defense counsel, who has a very busy practice -- that since this is a lengthy continuance, additional continuances will likely not be forthcoming.  So counsel on both sides should proceed with that in mind.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED

                                                          _____
                                                          Joseph N. Laplante
                                                         United States District Judge

Date:  August 19, 2010

cc:  Paul J. Garrity, Esq.
     Arnold H. Huftalen, AUSA
     U.S. Marshal
     U.S. Probation